UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>            Petitioner,<br><br>v.<br><br>PricewaterhouseCoopers, LLP,<br><br>            Respondent. | Miscellaneous No. 12-009 (PJS/JJG)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The United States of America's Petition to Enforce IRS Summons (ECF No. 1) is **GRANTED**; and

2. PricewaterhouseCoopers, LLP is directed to obey fully the Benjamin Sachs and the Minnesota Diversified Products, Inc. summonses at a time and place set by IRS Revenue Agent Delvin Fischer or any other IRS officer or employee.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  05/01/12                                        s/Patrick J. Schiltz
                                                                 PATRICK J. SCHILTZ
                                                                 United States District Judge